# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GREYSTONE MULTI-FAMILY BUILDERS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-17-921 |
| GEMINI INSURANCE COMPANY, | § § § | |
| *Defendant*. | § | |

## ORDER

The joint stipulation of dismissal with prejudice (Dkt. 80) is GRANTED. It is therefore ORDERED that this cause of action is DISMISSED with prejudice, with each party to bear its own costs.

Signed at Houston, Texas on June 28, 2019.

_____
Gray H. Miller
Senior United States District Judge